# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SEXY HAIR CONCEPTS, LLC,<br><br>  Plaintiff,<br><br>  vs.<br><br>CONAIR CORPORATION,<br><br>  Defendant. | CASE NO. CV 12-2218 CBM (PLAx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION WITH RESPECT TO ALL CLAIMS AND ALL COUNTERCLAIMS PURSUANT TO RULES 41(a)(1)(A)(ii) AND 41(c)**<br><br>JS-6<br>Assigned to Hon. Consuelo B. Marshall |
| CONAIR CORPORATION,<br><br>  Counterclaimant,<br><br>  vs.<br><br>SEXY HAIR CONCEPTS, LLC,<br><br>  Counterdefendant. | Complaint Filed: March 15, 2012<br>Counterclaim Filed: April 10, 2012<br>Trial Date:      August 13, 2013 |

1555133.1 (16752.001)                                                                                       CV 12-2218 CBM (PLAx)

[PROPOSED] ORDER GRANTING STIP TO DISMISS ACTION W/RESPECT TO ALL CLAIMS & COUNTERCLAIMS PURSUAN TO RULES 41(a)(1)(A) AND 41(c)

CLARK & TREVITHICK
A PROFESSIONAL LAW CORPORATION
800 WILSHIRE BLVD., TWELFTH FLOOR
LOS ANGELES, CALIFORNIA 90017

Pursuant to concurrently filed Stipulation by and between Plaintiff/Counterdefendant Sexy Hair Concepts, LLC, and Defendant/Counterclaimant Conair Corporation, through their designated counsel, all claims and counterclaims in the above-captioned action are dismissed with prejudice in its entirety pursuant to the Rules 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED: August 12, 2013

_____
Hon. Consuelo B. Marshall
United States District Judge

CLARK & TREVITHICK
A PROFESSIONAL LAW CORPORATION
800 WILSHIRE BLVD., TWELFTH FLOOR
LOS ANGELES, CALIFORNIA 90017

1555133.1 (16752.001)    2    CV 12-2218 CBM (PLAx)
[PROPOSED] ORDER GRANTING STIP TO DISMISS ACTION W/RESPECT TO ALL CLAIMS & COUNTERCLAIMS PURSUAN TO RULES 41(a)(1)(A) AND 41(c)