CLARK & TREVITHICK
A PROFESSIONAL LAW CORPORATION
800 WILSHIRE BLVD., TWELFTH FLOOR
LOS ANGELES, CALIFORNIA 90017

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SEXY HAIR CONCEPTS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>CONAIR CORPORATION,<br><br>    Defendant.<br><br>CONAIR CORPORATION,<br><br>    Counterclaimant,<br><br>vs.<br><br>SEXY HAIR CONCEPTS, LLC,<br><br>    Counterdefendant. | CASE NO. CV 12-2218 CBM (PLAx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION WITH RESPECT TO ALL CLAIMS AND ALL COUNTERCLAIMS PURSUANT TO RULES 41(a)(1)(A)(ii) AND 41(c)**<br><br>JS-6<br>Assigned to Hon. Consuelo B. Marshall<br><br>Complaint Filed: March 15, 2012<br>Counterclaim Filed: April 10, 2012<br>Trial Date: August 13, 2013 |

Pursuant to concurrently filed Stipulation by and between Plaintiff/Counterdefendant Sexy Hair Concepts, LLC, and Defendant/Counterclaimant Conair Corporation, through their designated counsel, all claims and counterclaims in the above-captioned action are dismissed with prejudice in its entirety pursuant to the Rules 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED: August 12, 2013

_____
Hon. Consuelo B. Marshall
United States District Judge

CLARK & TREVITHICK
A PROFESSIONAL LAW CORPORATION
800 WILSHIRE BLVD., TWELFTH FLOOR
LOS ANGELES, CALIFORNIA 90017